UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 4:16-mj-01118-BO

UNITED STATES OF AMERICA :
:
VS. : **ORDER**
:
MEGAN S. SHAW :
DEFENDANT :

**THIS MATTER** coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on September 28, 2016, thirty (30) days will have passed since the defendant surrendered her license after having been charged with operating a motor vehicle under the influence of alcohol. **IT IS, THEREFORE, ORDERED** that the defendant's driver's license be mailed to her by the Clerk of the United States District Court, Eastern District Of North Carolina to: Post Office Box 65, Swan Quarter, North Carolina 27885.

This 3 day of October, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE